Brian J. Shenker<br>
12 Carriage Court<br>
Dix Hills, New York 11746

November 4, 2019

**Via ECF**
Hon. Gary R. Brown, U.S.M.J.
United Stated District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Khalid v. DJ Shirley 1, Inc. et al.
      Case No. 15-cv-05926 (SJF) (GRB)

Dear Judge Brown:

The undersigned represents the Defendants in the above-captioned action. Defendants submit this request to stay this case for a period of 30 days. The only deadline this would affect is the deadline on November 8, 2019 to file a proposed discovery schedule. Plaintiffs consent to this request.

The reason for this request is that I left the firm of Silverman Acampora LLP on October 25, 2019. Defendants have agreed to my continued representation when I begin employment with Jackson Lewis P.C. Defendants no longer wish to be represented by Silverman Acampora. Due to certain client conflicts between Silverman Acampora and Jackson Lewis, that are unrelated to this matter, my start date at Jackson Lewis has been delayed. Neither I, nor Defendants, wish to have me litigate this matter while I am not associated with a law firm.

Accordingly, Defendants request a brief 30 day stay of this case. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/

Brian J. Shenker

Cc:   All counsel (via ECF)